## LORENSON et al. v. J. H. CONRAD & CO.

No. 3071. Opinion Filed January 9, 1912.

Rehearing Denied February 4, 1913.

(129 Pac. 732.)

APPEAL AND ERROR—Case-Made—Service. Where a case-made is not served upon the defendant in error or its counsel within three days after the motion for a new trial was overruled, nor within the extension of time granted by the trial court, the appeal must be dismissed.

(Syllabus by the Court.)

*Error from Superior Court, Grady County;*
*Will Linn, Judge.*

Action between Jacob Lorenson and another and J. H. Conrad & Co. From a judgment in favor of the latter, the former bring error. Dismissed.

*Thomas J. O'Neill,* for plaintiffs in error.

*Barefoot & Carmichael,* for defendant in error.

KANE, J. There is a motion to dismiss the appeal in the above-entitled cause, upon the ground, among others, "that the case-made was not served upon the defendant in error or its counsel within three days after the motion for a new trial was overruled, as provided by law, and was not served upon the defendant in error or its counsel within the extension of time granted

by the trial court for the plaintiffs in error to prepare and serve the case-made."

The record shows that the case-made was not served until three days after the expiration of the time granted by the court to the plaintiffs in error to prepare and serve the case-made upon the defendant in error or its counsel. That is a sufficient ground for dismissal.

The appeal is dismissed.

All the Justices concur.